UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
: 
ALEXANDER DOROSH, :
:
               Plaintiff, :
:    19-cv-10484 (LJL)
    -v- :
:    ORDER
LONG ISLAND RAILROAD COMPANY, :
:
              Defendant. :
:
---------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On April 9, 2020, Plaintiff filed a letter motion requesting an informal conference pursuant to Local Civil Rule 37.2 concerning the taking of depositions by telephone or other remote means.

The request for a conference is GRANTED. The conference is scheduled for April 15, 2020 at 10:00 a.m.

SO ORDERED.

Dated: April 9, 2020
      New York, New York
                                           LEWIS J. LIMAN
                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2020