```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
ALEXANDER DOROSH,                                                    :
                                                                     :
                              Plaintiff,                             :
                                                                     :        19-cv-10484 (LJL)
        -v-                                                          :
                                                                     :            ORDER
LONG ISLAND RAILROAD COMPANY,                                        :
                                                                     :
                              Defendant.                             :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2020

LEWIS J. LIMAN, United States District Judge:

The Court held a conference on April 15, 2020 to discuss Plaintiff's letter motion requesting a conference under Southern District of New York Local Civil Rule 37.2 and his intent to seek an order compelling remote depositions.  *See* Dkt. Nos. 15, 16.

During that conference, the Court stated that any such motion seeking an order compelling remote depositions pursuant to Fed. R. Civ. P. 30(b)(4) would be denied without prejudice to renewal after May 1, 2020.  There had been no sufficient showing that such depositions were necessary to meet the deadline deposition of June 12, 2020.

It is hereby ORDERED that the parties are directed to meet and confer regarding the technology and logistics for remote depositions should such depositions become appropriate or necessary after May 1, 2020.

SO ORDERED.

Dated: April 15, 2020                          _____
       New York, New York                                      LEWIS J. LIMAN
                                                           United States District Judge