```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ALEXANDER DOROSH,                                                  :
:
                Plaintiff,                                  :
:    19-cv-10484 (LJL)
     -v-                                                         :
:    <u>ORDER</u>
LONG ISLAND RAILROAD COMPANY,                                      :
:
                Defendant.                                  :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court held a conference on October 1, 2020. As stated at that conference, the parties shall file via ECF the joint pretrial order by January 8, 2021. Per Rule 5(B) of the Court's Individual Practices in Civil Cases, the parties shall file at the same time motions addressing any evidentiary issues or other matters that should be resolved *in limine*.

       SO ORDERED.

Dated: October 5, 2020
       New York, New York
                                                LEWIS J. LIMAN
                                         United States District Judge